**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel: (973) 623-3000
alite@ldgrlaw.com
mpatunas@ldgrlaw.com
mtarantino@ldgrlaw.com

**GOODWIN PROCTER LLP**
David M. Hashmall
Frederick H. Rein
Emily L. Rapalino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 813-8800
dhashmall@goodwinprocter.com
frein@goodwinprocter.com
erapalino@goodwinprocter.com

*Attorneys for Defendants*
*Pharmachemie B.V.,*
*Teva Parenteral Medicines, Inc.,*
*and Teva Pharmaceuticals USA, Inc.*

RECEIVED
DEC 30 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, <br> SANOFI-AVENTIS, <br> DEBIOPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC. and <br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | CIVIL ACTION NO.: <br> 3:07-cv-02837-JAP-JJH |

195478 v1

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, ) <br> SANOFI-AVENTIS, ) <br> DEBIOPHARM, S.A., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHARMACHEMIE B.V., ) <br> TEVA PARENTERAL MEDICINES, INC. and ) <br> TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NOS.: <br> 3:07-cv-03144-JAP-JJH <br> 3:07-cv-05408-JAP-JJH |

## AMENDED SCHEDULING ORDER

A letter application having been brought by Defendants Teva Parenteral Medicines, Inc., Pharmachemie B.V. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") seeking a modification of the Scheduling Order dated October 22, 2008 (entered on November 20, 2008); and counsel for Teva and Plaintiffs having consented to the entry of this Order:

IT IS on this 30th day of December, 2008, hereby:

**ORDERED** that the Scheduling Order, entered on November 20, 2008, is amended as follows in the above-captioned actions only:

1. Teva's non-infringement motions for summary judgment may be filed on or before January 9, 2009;

2. Plaintiffs' oppositions to Teva's non-infringement motions for summary judgment are due on February 9, 2009; and

3. Teva's replies to Plaintiffs' oppositions to Teva's non-infringement motions for summary judgment are due on March 2, 2009

195478 v1

4.  All other dates and deadlines in the Scheduling Order [Dkt. #51] shall remain the same.

_____
Honorable John J. Hughes
Unites States Magistrate Judge

195478 v1